TUVQJÞÁÕÜŒ VÒÖLÁ/@
•^}c^}&ā*Á@æā*Á@Á^•^c
{¦ÁT[}åæÊÁP[çÈÁ⁺ÈÁGⁱÍÊ
æÁ⁺Á¦Á¦Á

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:14-00124 |
| | ) | Chief Judge Sharp |
| | ) | |
| SHERON RAY LADD | ) | |

MOTION TO RESCHEDULE SENTENCING  HEARING

Comes the Defendant, Sheron Ladd, through counsel, and moves this Honorable Court to reset his sentencing hearing.  The hearing is currently set for November 20, 2015.  In counsel's previous motion to continue sentencing hearing, he inadvertently failed to mention that he would be attending the Annual Federal Public Defender Seminar in Santa Fe, New Mexico, on November 20, 2015, and will be unavailable for the sentencing hearing on that date.

If it is convenient with the Court's calendar, counsel would respectfully request that the hearing be re-scheduled for November 30, 2015.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: dumaka_shabazz@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th  day of September, 2015, I electronically filed this Motion To Reschedule Sentencing Hearing with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to Clay T. Lee, Assistant U.S. Attorney, 110 Ninth Avenue South, A-961, Nashville, TN 37203-3870.

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ